UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNIE B. FANG, | Case No. 16-cv-06071-JD |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | |
| Defendant. | |

Pursuant to the motion to dismiss order filed today, Dkt. No. 77, judgment is entered in favor of defendant and against plaintiff. Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

Dated: December 10, 2018

JAMES DONATO
United States District Judge